UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:25-cv-02136-SVW-KS                                    Date: October 6, 2025

Title   *Robert Vanleeuwen v. California Department of Corrections and Rehabilitation*

Present: The Honorable:   Karen L. Stevenson, Chief U.S. Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Petitioner: n/a         Attorneys Present for Defendant: n/a

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On August 1, 2025, Plaintiff, a California inmate proceeding *pro se*, filed a civil rights Complaint under 42 U.S.C. § 1983 against the California Department of Corrections and Rehabilitation based upon the prison's handling of a disciplinary matter. (Dkt. No. 1.)

On August 15, 2025, the Clerk's Office issued a CV-93P Notice to Plaintiff that he had not yet paid the appropriate filing fee of $405.00 ("Notice"). (Dkt. No. 5.) The Notice gave Petitioner two options: pay the filing fee or, "[i]f you are unable to pay the entire filing fee at this time, you must sign and complete this Court's *Request to Proceed without Prepayment of Filing Fees with Declaration in Support* (Form CV-60P) in its entirety." (*Id.* (italics in original).) The Clerk's Office attached a copy of Form CV-60P to the Notice for Petitioner's convenience. (*Id.*) The Notice admonished Petitioner that "[i]f you do not respond within THIRTY DAYS from the date of this letter, your case may be dismissed." (*Id.*)

Three weeks have now passed since Petitioner's response to the Notice was due. To date, Petitioner has neither paid the filing fee nor submitted the completed CV-60P form with the requisite supporting documentation to proceed without prepayment of filing fees. However, in the interests of justice, the Court will afford Petitioner an additional opportunity to comply with the Clerk's Office Notice.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner shall show cause, no later than November, 5, 2025, why this action should not be dismissed. To discharge this Order and proceed with this case, Petitioner must either: (1) pay the filing fee in full; or (2) file the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-02136-SVW-KS                                          Date: October 6, 2025

Title   Robert Vanleeuwen v. California Department of Corrections and Rehabilitation

**completed CV-60P form and the necessary supporting documentation with the Court on or before the November 5, 2025 deadline.**

The Clerk is directed to send Petitioner another copy of the Central District's form to request to proceed without prepayment of filing fees (CV-60P). Petitioner's failure to timely comply with this Order **WILL** result in a recommendation that this case be dismissed.

**IT IS SO ORDERED.**

|   |   |
|---|---|
| **Initials of Preparer** | : gr |